IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: §
ZOHOURI GROUP §
SOUTH PADRE, LP § CASE NO: 06-10875-7
      DEBTOR §

## MOTION TO PAY FUNDS IN TO THE REGISTRY UNDER 11 U.S.C. §347 (A)

THE UNDERSIGNED TRUSTEE REPORTS:

_____ The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X   More than ninety (90) days have passed since the Final Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____ Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date:   April 6, 2011                       /S/MICHAEL B. SCHMIDT
                                            MICHAEL B. SCHMIDT, Trustee
                                            555 N. CARANCAHUA STREET
                                            SUITE 1550
                                            CORPUS CHRISTI TX 78401
                                            (361) 884-9949 Fax: (361) 884-6000

### Certificate of Service

    I certify that on this date, a copy of the foregoing Motion was served electronically and/or mailed to the United States Trustee and the Creditor on the 6th day of April, 2011.

                                            /S/MICHAEL B. SCHMIDT
                                            MICHAEL B. SCHMIDT

Jose Lora                     IRS
1726 Mary Land            c/o Keri Templeton
Houston, TX 77006       Special Procedures Branch
                                300 East 8th Street, STOP 5022 AUS
                                Austin, TX 78701-3219

EXHIBIT A

Please check one:

_____        small dividends

  X          unclaimed dividends

| NAME | CLAIM # | AMOUNT |
|---|---|---|
| Jose Lora (wages) | 12 | $7,932.79 |
| IRS for Employment Taxes, Social Security and Medicare for Employee and Employer (Bankruptcy Estate) | | $5,421.58 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ZOHOURI GROUP | § | |
| SOUTH PADRE, LP | § | CASE NO: 06-10875-7 |
| DEBTOR | § | |

## ORDER TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §341 (A)

Came on for consideration, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347 (a), and the court, having considered the motion, is of the opinion that the Motion is will taken and the Court further finding that notice of said Motion is not required, it is therefore.

ORDERED that MICHAEL B. SCHMIDT, Trustee is authorized to pay the funds in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court in the amount of $13,354.37 as follows:

| NAME | CLAIM # | AMOUNT |
|---|---|---|
| Jose Lora (wages) | 12 | $7,932.79 |
| IRS for Employment Taxes, Social Security and Medicare for Employee and Employer (Bankruptcy Estate) | | $5,421.58 |

Date:

This order is signed for the Court by the Clerk under Authority of 28 U.S.C. § 956 and General Order 2000-3.

MICHAEL N. MILBY, CLERK

By: _____
             Deputy Clerk